IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CLINT MEADORS et al., | |
| Plaintiffs, | |
| v. | Case No. 25-CV-103-JFH-GLJ |
| AXIS INSURANCE COMPANY et al., | |
| Defendants. | |

### ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Gerald L. Jackson. Dkt. No. 33. The Magistrate Judge recommends that the motion to remand filed by Plaintiffs [Dkt. No. 21] be granted.

Neither party objected to the Magistrate Judge's Report and Recommendation within the fourteen-day period prescribed by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b). Having reviewed the Report and Recommendation, the Court concurs with the Magistrate Judge's recommendation and accepts and adopts it as the order of this Court. On that basis, Plaintiffs' motion to remand [Dkt. No. 21] is GRANTED. This case is REMANDED to the Oklahoma County District Court.

IT IS SO ORDERED this 24th day of September 2025.

_____
JOHN F. HEIL, III
UNITED STATES DISTRICT JUDGE